IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| CAROLYN CALHOUN and VIDALIA FISH HOUSE, | ) ) ) |
| Plaintiffs, | ) Civil Action No.: 6:18-cv-97 ) |
| vs. | ) ) |
| UNITED STATES, | ) ) ) |
| Defendant. | ) |

## ORDER

Before the Court is Plaintiffs' Motion to Stay Disqualification in which they ask that the Court to stay the suspension of Plaintiff's SNAP program participation. Defendant has notified the Court that it consents to the stay requested by the Plaintiffs. Therefore, it is hereby

ORDERED that the suspension of Plaintiffs' SNAP program participation be stayed until such time as this civil action is concluded.

SO ORDERED this 16th day of November, 2018.

_____
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA