IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| CAROLYN CALHOUN; and VIDALIA FISH HOUSE, | * * * | |
| Plaintiffs, | * * | |
| v. | * * | CV 618-097 |
| UNITED STATES OF AMERICA, | * * | |
| Defendant. | * | |

**ORDER**

Before the Court is the parties' Motion for Consent Dismissal. (Doc. 22.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have agreed to the dismissal of the above-referenced action with prejudice. Upon due consideration, the parties' Motion for Consent Dismissal is **GRANTED**. **IT IS THEREFORE ORDERED** that all of Plaintiffs' claims asserted in this matter are **DISMISSED WITH PREJUDICE**. The Clerk shall **TERMINATE** all deadlines and motions and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 6th day of March, 2019

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA